IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In Re: | § | | |
|---|---|---|---|
| | § | | |
| **DECATUR NAVIGATION INC.** | § | Case No. [       ] | |
| | § | | |
| | § | | |
| Debtor. | § | **Chapter 11** | |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Omega Navigation Enterprises, Inc.<br><br>61, Vasilisis Sofias Avenue, 115 21 Athens, Greece | Common | 100% Interest | Stock |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Georgios Kassiotis, President of the Debtor, declare under penalty of perjury that I have read the foregoing List of Equity Securities Holders and that it is true and correct to the best of my information and belief.

Dated:   July 8 , 2011                                    By: _____
                                                                          Georgios Kassiotis
                                                                          President
                                                                          Decatur Navigation Inc.

HOUSTON\3417776.1